**Maryfrancis CASSELL, Appellee,**

v.

**LANCASTER MENNONITE CONFERENCE,**
**Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 1, 2004.

Decided March 14, 2005.

Vivian Bella Narehood, Esq., Jon Dwight Yoder, Esq., Lancaster, for Lancaster Mennonite Conference.

Mary A. Wells, *pro hac vice*, James Michael Beck, Esq., L. Michael Brooks, Jr., Esq., *pro hac vice*, for amicus curiae Product Liability Advisory Council, Inc.

David Samuel Dessen Esq., for Maryfrances Cassell.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM.

AND NOW, this 14th day of March, 2005, this appeal is dismissed as having been improvidently granted.